## EXHIBIT ONE

This is Exhibit One (1), as referred to in the attached COMPLAINT FOR COPYRIGHT INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES AND UNFAIR COMPETITION



# State of Delaware
The Official Website for the First State

Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & L

State Directory | Help | Search Delaware | Citizen Services | Business Services | \

**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions    View Search Results

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3233828 | Incorporation Date / Formation Date: | **05/10/2000** (mm/dd/yyyy) |
| Entity Name: | **ANDERSON HOMES LLC** | | |
| Entity Kind: | **LIMITED LIABILITY COMPANY (LLC)** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **ANDERSON HOMES LLC** | | |
| Address: | **335 WATER STREET** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19804** |
| Phone: | **X** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information    Submit

Back to Entity Search

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

## EXHIBIT TWO

This is Exhibit Two (2), as referred to in the attached COMPLAINT FOR COPYRIGHT INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES AND UNFAIR COMPETITION.

Commonwealth of Virginia



State Corporation Commission

[Enter]

[Signoff]

[Help]

[Print]

```
WEB#179                                  CIS                          11
TCP00015   CISM0180          CORPORATE DATA INQUIRY                   14

    CORP ID:    0483714 - 2   STATUS: 00 ACTIVE       STATUS DATE:
    CORP NAME:  PINNACLE DESIGN AND CONSULTING INC.

DATE OF CERTIFICATE:  04/28/1997 PERIOD OF DURATION:         INDUSTR
STATE OF INCORPORATION: VA VIRGINIA        STOCK INDICATOR:  S STOCK
MERGER IND:                        CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: Y               MONITOR INDICATOR:
CHARTER FEE:   50.00     CASE NO:           CASE STATUS:   HEARING DTE
    R/A NAME:   MICHAEL LESTER
                                                                AR RTN M
        STREET:    7338 WAYFARER DR
         CITY:    FAIRFAX            STATE : VA  ZIP: 22039
R/A STATUS:   D  DIRECTOR       EFF. DATE: 04/28/97  LOC.: 129
ACCEPTED AR#: 205 31 1517   DATE: 04/13/05                    FAIRFAX
 CURRENT AR#: 205 31 1517   DATE: 04/13/05  STATUS: A   ASSESSMENT IND
YEAR     FEES     PENALTY    INTEREST    TAXES      BALANCE       TOT
 05      100.00
COMMAND:    [........................................................
```

NOTE: Function Key usage varies depending on the Application Screen.
For specifics, refer to Function Key Documentation.

EXHIBIT THREE
======

This is Exhibit Three (3), as referred to in the attached COMPLAINT FOR COPYRIGHT INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES AND UNFAIR COMPETITION.

 

# State of Delaware
The Official Website for the First State

Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & L

State Directory | Help | Search Delaware     Citizen Services | Business Services | \

**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions   View Search Results

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3757449 | Incorporation Date / Formation Date: | 01/27/2004 (mm/dd/yyyy) |
| Entity Name: | DELTA ACQUISITIONS & DEVELOPMENT, LLC | | |
| Entity Kind: | LIMITED LIABILITY COMPANY (LLC) | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | DELTA ACQUISITIONS | | |
| Address: | 404 KATES WAY | | |
| City: | SMYRNA | County: | KENT |
| State: | DE | Postal Code: | 19977 |
| Phone: | (302)659-3900 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status  ○ Status, Tax & History Information   [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware gov

EXHIBIT FOUR

This is Exhibit Four (4), as referred to in the attached COMPLAINT FOR COPYRIGHT INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES AND UNFAIR COMPETITION.



# State of Delaware
The Official Website for the First State



Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & L

State Directory | Help | Search Delaware [          ] [go]                Citizen Services | Business Services |

**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions   View Search Results

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3827993 | Incorporation Date / Formation Date: | 07/12/2004 (mm/dd/yyyy) |
| Entity Name: | DELTA ACQUISITIONS ON LOCHMEATH WAY, LLC | | |
| Entity Kind: | LIMITED LIABILITY COMPANY (LLC) | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | WILLIE F. PAGE | | |
| Address: | 404 KATES WAY | | |
| City: | SMYRNA | County: | KENT |
| State: | DE | Postal Code: | 19977 |
| Phone: | | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status  ○ Status, Tax & History Information  [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

EXHIBIT FIVE

This is Exhibit Five (5), as referred to in the attached COMPLAINT FOR COPYRIGHT INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES AND UNFAIR COMPETITION.



# State of Delaware
The Official Website for the First State

Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & L

State Directory | Help | Search Delaware                          Citizen Services | Business Services | \

**Department of State: Division of Corporations**

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions   View Search Results

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3941809 | Incorporation Date / Formation Date: | 03/17/2005 (mm/dd/yyyy) |
| Entity Name: | DELTA ACQUISITIONS AT NEW HAVEN ESTATES LLC | | |
| Entity Kind: | LIMITED LIABILITY COMPANY (LLC) | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | WILLIE F. PAGE | | |
| Address: | 404 KATES WAY | | |
| City: | SMYRNA | County: | KENT |
| State: | DE | Postal Code: | 19977 |
| Phone: | | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status  ○ Status,Tax & History Information   Submit

Back to Entity Search

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

https://sos-res.state.de.us/tin/controller                                                11/3/2005

EXHIBIT SIX

This is Exhibit Six (6), as referred to in the attached COMPLAINT FOR COPYRIGHT INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES AND UNFAIR COMPETITION.

**Maryland Department of Assessments and Taxation**   2

**Taxpayer Services Division**
301 West Preston Street • Baltimore, Maryland 21201

Main Menu  |  Security Interest Filings (UCC)  |  Business Entity Information (Charter/Personal Property) New Search  |  Get Forms  |  Certificate of Status  |  SDAT Home

### Taxpayer Services Division

### Entity Name: REVOLUTION 180 INC.
### Dept. ID #: D05911706

| General Information | Amendments | Personal Property | Certificate of Status |

| | |
|---|---|
| **Principal Office (Current):** | 10447 CAMPUS WAY SOUTH<br>UPPER MARLBORO, MD  20772 |
| **Resident Agent (Current):** | DORA BLAINO<br>10447 CAMPUS WAY SOUTH<br>UPPER MARLBORO, MD  20772 |
| Status: | PENDING |
| **Good Standing:** | No |
| **Business Code:** | Ordinary Business - Stock |
| Date of Formation or Registration: | 07/28/2000 |
| State of Formation: | MD |
| Stock/Nonstock: | Stock |
| Close/Not Close: | Close |

### Link Definition

| | |
|---|---|
| **General Information** | General information about this entity |
| **Amendments** | Original and subsequent documents filed |
| **Personal Property** | Personal Property Return Filing Information and Personal Property Assessments |
| **Certificate of Status** | Get a Certificate of Good Standing for this entity. |

EXHIBIT SEVEN

This is Exhibit Seven (7), as referred to in the attached COMPLAINT FOR COPYRIGHT INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES AND UNFAIR COMPETITION.



BobParsons.com
The process I use to sharpen my mind. It's easy. It works. Finding difficult solutions instantly!



ICANN DOMAIN CONFIRMATION PAGE

Is this really GoDaddy.c
Verify the site for your pro

| My Account | Support | My Cart |

| Domains ▼ | Hosting & Servers ▼ | Site Builders ▼ | Email ▼ | SSL Certificates ▼ | Business ▼ | Domain Auctions ▼ |

Logout    My Account    Company Info    Why our prices are so low    Our Values    What's New!    FAQ    Our Commercials    XML

## WHOIS Search Results for: HOMESDELTA.COM

The data contained in Go Daddy Software, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of Go Daddy Software, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, Go Daddy Software, Inc.
is not the registrant of domain names listed in this database.


Registrant:
Revolution 180, INC

10447 Campus Way South
Upper Marlboro, Maryland 20774
United States

Registered through: GoDaddy.com (http://www.godaddy.com)
Domain Name: HOMESDELTA.COM
Created on: 03-Aug-04
Expires on: 03-Aug-06
Last Updated on: 04-Aug-04

Administrative Contact:
Njoku, Robert info@revolution180.com
Revolution 180, INC
10447 Campus Way South
Upper Marlboro, Maryland 20774
United States
3018083878
Technical Contact:
Njoku, Robert info@revolution180.com
Revolution 180, INC
10447 Campus Way South
Upper Marlboro, Maryland 20774
United States
3018083878

Domain servers in listed order:
NS7.H2HOSTING.NET
NS8.H2HOSTING.NET

Registry Status: REGISTRAR-LOCK

See Underlying Registry Data

**Buy these available doma**

- HOMESDELTA.US
- HOMESDELTA.BIZ
- HOMESDELTA.INFO
- HOMESDELTA.NET
- HOMESDELTA.ORG
- HOMESDELTA.WS
- HOMESDELTA.NAME
- HOMESDELTA.TV
- HOMESDELTA.CO.UK
- HOMESDELTA.ME.UK
- HOMESDELTA.ORG.UK

**You might also consider:**

- HOMESDELTAONLINE.C
- HOMESDELTAHOME.CO
- HOMESDELTASITE.COM
- HOMESDELTAWEB.CON
- HOMESDELTALIVE.COM
- BESTHOMESDELTA.COI
- NEWHOMESDELTA.CON
- MYHOMESDELTA.COM
- THEHOMESDELTA.COM
- OFFICIALHOMESDELTA



**Search Again**
Enter a domain name:

FREE Domain Extras!

**More About Domains**

- Compare our prices
- Why our prices are so lov
- Transfer your domain to C

Case 1:05-cv-00864-SLR   Document 1-2   Filed 12/13/2005   Page 15 of 15

Search the WHOIS database. Page 1 of 2



BobParsons.com
The process I use to sharpen my mind. It's easy. It works. Finding difficult solutions instantly!

ICANN DOMAIN CONFIRMATION PAGE

Is this really GoDaddy.c
Verify the site for your pro

My Account | Support | My Cart

| Domains ▼ | Hosting & Servers ▼ | Site Builders ▼ | Email ▼ | SSL Certificates ▼ | Business ▼ | Domain Auctions ▼ |

Logout   My Account   Company Info   Why our prices are so low   Our Values   What's New!   FAQ   Our Commercials   XML

## WHOIS Search Results for: DELTAAD.COM

The data contained in Go Daddy Software, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of Go Daddy Software, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, Go Daddy Software, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Revolution180.com

10447 Campus Way South
Upper Marlboro, Maryland 20774
United States

Registered through: GoDaddy.com (http://www.godaddy.com)
Domain Name: DELTAAD.COM
Created on: 10-Jun-04
Expires on: 10-Jun-06
Last Updated on: 13-Jun-04

Administrative Contact:
Njoku, Robert info@revolution180.com
Revolution180.com
10447 Campus Way South
Upper Marlboro, Maryland 20774
United States
3018083878
Technical Contact:
Njoku, Robert info@revolution180.com
Revolution180.com
10447 Campus Way South
Upper Marlboro, Maryland 20774
United States
3018083878

Domain servers in listed order:
NS7.H2HOSTING.NET
NS8.H2HOSTING.NET

Registry Status: REGISTRAR-LOCK

See Underlying Registry Data

▶ **Buy these available doma**

☐ DELTAAD.US
☐ DELTAAD.BIZ
☐ DELTAAD.INFO
☐ DELTAAD.NET
☐ DELTAAD.ORG
☐ DELTAAD.WS
☐ DELTAAD.NAME
☐ DELTAAD.TV
☐ DELTAAD.CO.UK
☐ DELTAAD.ME.UK
☐ DELTAAD.ORG.UK

▶ **You might also consider:**

☐ DELTAADONLINE.COM
☐ DELTAADHOME.COM
☐ DELTAADSITE.COM
☐ DELTAADWEB.COM
☐ DELTAADLIVE.COM
☐ BESTDELTAAD.COM
☐ NEWDELTAAD.COM
☐ MYDELTAAD.COM
☐ THEDELTAAD.COM
☐ OFFICIALDELTAAD.COM

[BUY NO]

▶ **Search Again**
Enter a domain name:

FREE Domain Extras!

**More About Domains**

※ Compare our prices
※ Why our prices are so low
※ Transfer your domain to (