<u>EXHIBIT EIGHT</u>

This is Exhibit Eight (8), as referred to in the attached COMPLAINT FOR COPYRIGHT INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES AND UNFAIR COMPETITION.





ABOUT US     AREA OF INFLUENCE     OUR PHILOSOPHY     ABOUT DELAWARE

THE ADORA
La GABRIELLA
THE ANNA
THE ELIZABETH
THE GRACE
ISABELLA AND CHRISTOPHER

**The ADORA**

- This Delta colonial features two car garage, eat-in kitchen, formal dining room, two-story family room, gas fireplace, laundry room, four bedrooms and two and one half baths with optional fifth bedroom and third bath. The master suite features a large walk-in closet, bath with double vanities, tub and separate shower.

- First Floor
- Second Floor

VIEW

Our Delaware Homes | Interior Decorations | Virtual Tours
OUR COMMUNITIES     SATISFIED CUSTOMERS     CONTACT US

D E L T A   H O M E S



ABOUT US    AREA OF INFLUENCE    OUR PHILOSOPHY    ABOUT DELAWARE

THE ADORA  
La GABRIELLA  
THE ANNA  
THE ELIZABETH  
THE GRACE  
ISABELLA AND CHRISTOPHER

La GABRIELLA

- This Delta two-story features four bedrooms, two and one-half baths, formal area with adjoining living and dining rooms, sunken family room, gas fireplace, eat-in kitchen, two-car garage and first floor study.

VIEW

Our Delaware Homes | Interior Decorations | Virtual Tours  
OUR COMMUNITIES    SATISFIED CUSTOMERS    CONTACT US

# D E L T A   H O M E S



# D E L T A   H O M E S



ABOUT US    AREA OF INFLUENCE    OUR PHILOSOPHY    ABOUT DELAWARE

THE ADORA
La GABRIELLA
THE ANNA
THE ELIZABETH
THE GRACE
ISABELLA AND CHRISTOPHER

**THE ELIZABETH**

- This Delta ranch home features three or four bedrooms, two full baths, eat in kitchen with breakfast bar, family room, fireplace, luxury bath with separate shower and tub, and two-car garage.

VIEW

Our Delaware Homes | Interior Decorations | Virtual Tours
OUR COMMUNITIES    SATISFIED CUSTOMERS    CONTACT US

# DELTA HOMES



THE ADORA
La GABRIELLA
THE ANNA
THE ELIZABETH
THE GRACE
ISABELLA AND CHRISTOPHER

**THE GRACE**

This large Southern style ranch features three or four bedrooms, 2-car garage with option for garage conversion to extra family room. Luxury bath and fireplace options.

VIEW

Our Delaware Homes | Interior Decorations | Virtual Tours
OUR COMMUNITIES    SATISFIED CUSTOMERS    CONTACT US

D E L T A    H O M E S



# D E L T A    H O M E S



# THE CHRISTOPHER



Page 5

# THE ISABELLA I



Page 7