# THE ISABELLA II

Page 9

# OPTIONS

■ ISABELLA MODELS

Extention of Master Bedroom: Free w/ SunRoom



Sun Room Extention from Dinning: $25,000

■ THE CHRISTOPHER MODELS



Sun Room Extention from Kitchen: $25,000

Page 11



WWW.HOMESDELTA.COM
ALL ILLUSTRATIONS AND SPECIFICATIONS ARE BELIEVED CORRECT AT THE TIME OF PUBLICATION; HOWEVER, ACCURACY CANNOT BE GUARANTEED. THE RIGHT IS RESERVED TO MAKE CHANGES WITHOUT NOTICE OR OBLIGATION. WINDOWS, DOORS AND CEILINGS MAY VARY ON THE OPTIONS AND ELEVATIONS SELECTED. THIS BROCHURE IS FOR ILLUSTRATIVE PURPOSES ONLY, AND NOT PART OF LEGAL CONTRACT.

BUILT AND DEVELOPED BY
DELTA ACQUISITIONS GROUP
404 KATES WAY
SMYRNA, DE 19977
WWW.HOMESDELTA.COM

MARKETED BY
BEAU ZEBLEY
PATTERSON SCHWARTZ REALTY
(302)-672-9400



DELTA ACQUISITIONS & DEVELOPMENT LLC



- ABOUT US
- AREA OF INFLUENCE
- OUR PHILOSOPHY
- TENANCY PLACEMENT
- PHOTO GALLERIES
- CONTACT US

# GALLERY

## Browse Galleries:

### SEABROOK VILLAGE

**CURRENT DEVELOPMENTS**

- EAST THIRD RESIDENCES
- SEABROOK VILLAGE
- McKEE ROAD



This photo is a drawing of the outside of the **Chris** or the **Isabella**

We will be building in Kent County, DE. This is a proposed plan that is awaiting approval.

**PREVIOUS PROJECTS**



NEW CONSTRUCTION





COMMERCIAL MANAGEMENT & LISTINGS





RESIDENTIAL LISTINGS



Page 4 of 8

DELTA ACQUISITIONS & DEVELOPMENT LLC

11/4/2005

http://www.deltaad.com/seabrook.html



La Isabella I
1st and 2nd Floor Plans

These designs were created in-house, and are currently marketing for construction in Delaware.






