EXHIBIT ELEVEN

This is Exhibit Eleven (11), as referred to in the attached COMPLAINT FOR COPYRIGHT INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES AND UNFAIR COMPETITION.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-311-552**

*VAU000311552*

EFFECTIVE DATE OF REGISTRATION

9    06    05
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**1**

Title of This Work ▼
Cheltenham

NATURE OF THIS WORK ▼ See Instructions
Picture

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical  serial  or collection  give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**NOTE**

Under the law  the  author  of a  work made for hire  is generally the employer  not the employee  (see instructions)  For any part of this work that was made for hire  check  Yes  in the space provided  give the employer  (or other person for whom the work was prepared)  as  Author  of that part  and leave the space for dates of birth and death blank

**a**  NAME OF AUTHOR ▼
Anderson Homes  LLC

Was this contribution to the work a  work made for hire ?
☒ Yes
☐ No

Author s Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in  USA

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was This Author s Contribution to the Work
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is  Yes  see detailed instructions

Nature of Authorship  Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2 Dimensional artwork    ☒ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**  Name of Author ▼

Was this contribution to the work a  work made for hire ?
☐ Yes
☐ No

Author s Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was This Author s Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is  Yes  see detailed instructions

Nature of Authorship  Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**

**a**  Year in Which Creation of This Work Was Completed
2002
This information must be given  Year in all cases.

Date and Nation of First Publication of This Particular Work
Month May    Day 12    Year 2002
Complete this information ONLY if this work has been published
U.S.A.    Nation

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Anderson Homes  LLC
335 Water Street
Wilmington  DE 19804

Transfer  If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2  give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
SEP 06 2005
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 06 2005
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _____    FORM VA

CHECKED BY _____

☒ CORRESPONDENCE
   Yes

FOR COPYRIGHT OFFICE USE ONLY

\* Amended by C O on authority of Eric J von Vorys, per email rec'd 9/7/05

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**5** **PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is Yes  why is another registration being sought? (Check appropriate box ) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work  as shown by space 6 on this application
If your answer is Yes  give  Previous Registration Number ▼    Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

a
See instructions before completing this space

b Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

b

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼    Account Number ▼

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Shulman Rogers Gandal Pordy & Ecker  P A  c/o Eric J von Vorys Esq
11921 Rockville Pike  Third Floor
Rockville MD 20852

b

Area code and daytime telephone number    ( 301 ) 230 5242    Fax number    ( 301 ) 230 2891

Email  evonvorys@srgpe.com

**8** **CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Anderson Homes  LLC
            Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Eric J von Vorys    Date  August 18 2005

Handwritten signature (X) ▼

X _____

**9** Certificate will be mailed in window envelope to this address

Name ▼
Shulman Rogers Gandal Pordy & Ecker  P A  c/o Eric J von Vorys  Esq
Number/Street/Apt ▼
11921 Rockville Pike  Third Floor
City/State/ZIP ▼
Rockville MD 20852

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington, D C 20559-6000

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2,500

Rev August 2003—30 000  Web Rev June 2002  ♻ Printed on recycled paper    U S Government Printing Office 2003-496-605/60 029

## EXHIBIT TWELVE

This is Exhibit Twelve (12), as referred to in the attached COMPLAINT FOR COPYRIGHT INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES AND UNFAIR COMPETITION.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT O

**VA 1-311-553**

EFFECTIVE DATE OF REGISTRATION

9    06    05
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

## 1

**Title of This Work ▼**
Jefferson

**NATURE OF THIS WORK ▼** See Instructions
Picture

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

## 2

**NAME OF AUTHOR ▼**
a  Anderson Homes  LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in   USA

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

**NOTE**
Under the law the "author" of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**Nature of Authorship** Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture
☐ ✱ 2 Dimensional artwork ✱
☐ Reproduction of work of art
☐ Map
✱ ☒ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

b  **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**Nature of Authorship** Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture
☐ 2 Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

## 3

a  **Year in Which Creation of This Work Was Completed**
2002
This information must be given Year in all cases.

b  **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published
Month  March    Day  15    Year  2002
U.S.A.    Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Anderson Homes  LLC
335 Water Street
Wilmington DE 19804

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2  give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space

**APPLICATION RECEIVED**
SEP 0 6 2005
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
SEP 0 6 2005
**FUNDS RECEIVED**

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

\* Amended by C O  on authority of Eric J
von Vorys, per email rec'd 9/7/05

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☒ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work  already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by the author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

b Material Added to This Work  Give a brief general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a   See instructions before completing this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼                          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Shulman Rogers Gandal Pordy & Ecker  P A  c/o Eric J  von Vorys  Esq
11921 Rockville Pike   Third Floor
Rockville  MD  20852

b

Area code and daytime telephone number    ( 301 ) 230 5242                Fax number    ( 301 ) 230 2891

Email    evonvorys@srgpe.com

**CERTIFICATION\*** I the undersigned, hereby certify that I am the

check only one ▶   ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Anderson Homes  LLC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Eric J  von Vorys                              Date    August 18  2005

Handwritten signature (X) ▼

X

| Certificate will be mailed in window envelope to this address | Name ▼ Shulman Rogers Gandal Pordy & Ecker  P A  c/o Eric J  von Vorys  Esq |
|---|---|
| | Number/Street/Apt ▼ 11921 Rockville Pike   Third Floor |
| | City/State/ZIP ▼ Rockville  MD  20852 |

**9**

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev  August 2003—30 000   Web Rev  June 2002   ⊕ Printed on recycled paper                                          U S Government Printing Office  2003-496-605/60 029

EXHIBIT THIRTEEN


This is Exhibit Thirteen (13), as referred to in the attached COMPLAINT FOR COPYRIGHT

INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES

AND UNFAIR COMPETITION.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-311-554**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
#VA00013115S4

**EFFECTIVE DATE OF REGISTRATION**

9          06          05
Month      Day        Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

## 1

**Title of This Work ▼**

Merion

**NATURE OF THIS WORK ▼ See Instructions**

Picture

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical  serial  or collection  give information about the collective work in which the contribution appeared  **Title of Collective Work ▼**

If published in a periodical or serial give  **Volume ▼**        **Number ▼**        **Issue Date ▼**        **On Pages ▼**

## 2

**NOTE**

Under the law  the  author  of a  work made for hire  is generally the employer  not the employee (see instructions)  For any part of this work that was made for hire  check "Yes  in the space provided  give the employer (or other person for whom the work was prepared) as  Author  of that part  and leave the space for dates of birth and death blank

**a**  **NAME OF AUTHOR ▼**

Anderson Homes  LLC

**DATES OF BIRTH AND DEATH**
**Year Born ▼        Year Died ▼**

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author s Nationality or Domicile**
Name of Country
OR { Citizen of _____
{ Domiciled in  USA

**Was This Author s Contribution to the Work**
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes  see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture        ☐ Map                ☐ Technical drawing
☆ ☐ 2-Dimensional artwork         ☆ ☑ Photograph        ☐ Text
☐ Reproduction of work of art     ☐ Jewelry design      ☐ Architectural work

**b**  **Name of Author ▼**

**Dates of Birth and Death**
**Year Born ▼        Year Died ▼**

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author s Nationality or Domicile**
Name of Country
OR { Citizen of _____
{ Domiciled in _____

**Was This Author s Contribution to the Work**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes  see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture        ☐ Map                ☐ Technical drawing
☐ 2 Dimensional artwork          ☐ Photograph          ☐ Text
☐ Reproduction of work of art     ☐ Jewelry design      ☐ Architectural work

## 3

**a**  **Year in Which Creation of This Work Was Completed**

2002
Year  in all cases.

This Information must be given

**b**  **Date and Nation of First Publication of This Particular Work**

Complete this information ONLY if this work has been published

Month  March   Day  15   Year  2002

U.S.A.
Nation

## 4

See Instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Anderson Homes  LLC
335 Water Street
Wilmington DE 19804

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2  give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**APPLICATION RECEIVED**
SEP 06 2005
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
SEP 06 2005
**FUNDS RECEIVED**

*DO NOT WRITE HERE  OFFICE USE ONLY*

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.       Sign the form at line 8

DO NOT WRITE HERE
Page 1 of __2__ pages

⚹ Amended by C O  on authority of Eric
 J  von Vorys, per email rec'd 9/7/05

| EXAMINED BY ___wkB___ | FORM VA |
|---|---|
| CHECKED BY | |
| ☒ CORRESPONDENCE | FOR COPYRIGHT OFFICE USE ONLY |
| Yes | |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼

a.  ☐ This is the first published edition of a work previously registered in unpublished form

b  ☐ This is the first application submitted by this author as copyright claimant

c.  ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**6**
**a**

See instructions before completing this space

b **Material Added to This Work** Give a brief  general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                                    Account Number ▼

**7**
**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Shulman Rogers Gandal Pordy & Ecker  P A  c/o Eric J  von Vorys  Esq
11921 Rockville Pike   Third Floor
Rockville  MD  20852

**b**

Area code and daytime telephone number    ( 301 ) 230 5242          Fax number    ( 301  ) 230 2891

Email  evonvorys@srgpe com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶  { ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Anderson Homes  LLC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Eric J  von Vorys                                                    Date  August 18  2005

Handwritten signature (X) ▼

X _____

| Certificate will be mailed in window envelope to this address | Name ▼ Shulman Rogers Gandal Pordy & Ecker  P A  c/o Eric J  von Vorys  Esq |
|---|---|
| | Number/Street/Apt ▼ 11921 Rockville Pike   Third Floor |
| | City/State/ZIP ▼ Rockville  MD  20852 |

Complete all necessary spaces
Sign your application in space 8
1 Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington, DC  20559-6000

**9**

Fees are subject to change For current fees check the Copyright Office website at www.copyright.gov write the Copyright Office, or call (202) 707-3000

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev August 2003—30 000   Web Rev June 2002   ⊕ Printed on recycled paper                                    U S Government Printing Office 2003-496-605/80 029

EXHIBIT FOURTEEN

This is Exhibit Fourteen (14), as referred to in the attached COMPLAINT FOR COPYRIGHT INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES AND UNFAIR COMPETITION.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-311-547**

EFFECTIVE DATE OF REGISTRATION

9    06    05
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**1**

Title of This Work ▼

THE ASHMONT

Previous or Alternative Titles ▼

NATURE OF THIS WORK ▼ See Instructions

RESIDENTIAL ARCHITECTURAL DESIGN

Publication as a Contribution  If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NOTE**

Under the law the "author" of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**a** NAME OF AUTHOR ▼

PINNACLE DESIGN & CONSULTING, INC

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in  USA.

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes" see detailed instructions.

Nature of Authorship  Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☑ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

Nature of Authorship  Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed   2000
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month  8    Day  2    Year  00
USA    Nation

---

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

PINNACLE DESIGN & CONSULTING, INC
4085 CHAIN BRIDGE RD, SUITE 200
FAIRFAX VA 22030

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
SEP 0 6 2005
ONE DEPOSIT RECEIVED
SEP 0 6 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _URB_                    **FORM VA**

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

**FOR COPYRIGHT OFFICE USE ONLY**

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is  Yes, why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼          Year of Registration ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation
a Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

N/A

**6** a

b Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

N/A

**b**

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account.
Name ▼                              Account Number ▼

**7** a

---

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

MARK S LEAHY
PINNACLE DESIGN & CONSULTING, INC
4085 CHAIN BRIDGE RD , SUITE 200
FAIRFAX VA 22030

Area code and daytime telephone number  (703) 218-3400          Fax number  (703) 218-5407

Email  MARKLEAHY @ pdc-home.com

**b**

---

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of _Pinnacle Design & Consulting, Inc_
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

MARK S LEAHY                              Date  8/30/05

Handwritten signature (X)
X _[signature]_

**8**

---

**9**

Certificate will be mailed in window envelope to this address

Name ▼
PINNACLE DESIGN & CONSULTING, INC
Number/Street/Apt ▼
4085  CHAIN BRIDGE RD , SUITE 200
City/State/ZIP ▼
FAIRFAX  VA  22030

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington, D C 20559-6000

---

17 U S C  § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev August 2003—30 000  Web Rev June 2002  ⊛ Printed on recycled paper          U S Government Printing Office 2003-496-605/60 029

<u>EXHIBIT FIFTEEN</u>

This is Exhibit Fifteen (15), as referred to in the attached COMPLAINT FOR COPYRIGHT

INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES

AND UNFAIR COMPETITION.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-311-545**

EFFECTIVE DATE OF REGISTRATION

| 9 | 06 | 05 |
|---|----|----|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**1**

Title of This Work ▼

THE BEDFORD

Previous or Alternative Titles ▼

NATURE OF THIS WORK ▼ See Instructions

RESIDENTIAL ARCHITECTURAL DESIGN

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

NAME OF AUTHOR ▼

**a** PINNACLE DESIGN & CONSULTING, INC

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in  U.S.A.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship  Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture   ☐ Map          ☐ Technical drawing
☐ 2 Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☑ Architectural work

Name of Author ▼

**b**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship  Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture   ☐ Map          ☐ Technical drawing
☐ 2 Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed  2000
This information must be given in all cases  Year in all cases

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month 4  Day 1  Year 2000  Nation U.S.A.

---

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

PINNACLE DESIGN & CONSULTING, INC
4085 CHAIN BRIDGE RD, SUITE 200
FAIRFAX VA 22030

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
SEP 06 2005
ONE DEPOSIT RECEIVED
SEP 06 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY  _urb_ | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work  already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box )  ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

NA

b  **Material Added to This Work** Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

NA

**6**
a
See instructions
before completing
this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼                          Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

MARK S LEAHY

PINNACLE DESIGN & CONSULTING, INC

4085 CHAIN BRIDGE RD , SUITE 200

FAIRFAX  VA  22030

Area code and daytime telephone number    ( 703) 218-3400          Fax number     ( 703) 218-3407

Email  MARKLEAHY@ pdc - home  com

b

**CERTIFICATION\*** I  the undersigned  hereby certify that I am the

check only one ▶  { ☐ author
☐ other copyright claimant
☐ owner of exclusive rights(s)
☑ authorized agent of  _Pinnacle Design & Consulting, Inc_
Name of author or other copyright claimant, or owner of exclusive rights ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

MARK S LEAHY                          Date  8/30/05

Handwritten signature (X) ▼

x _Mark S Leahy_

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | Name ▼<br>PINNACLE DESIGN & CONSULTING, INC |
|---|---|
| | Number/Street/Apt ▼<br>4085  CHAIN BRIDGE  RD , SUITE 200 |
| | City/State/ZIP ▼<br>FAIRFAX   VA  22030 |

Complete all necessary spaces
Sign your application in space 8

1 Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

**9**

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  August 2003—30 000    Web Rev  June 2002    ⊛ Printed on recycled paper          U S Government Printing Office  2003-496-605/60 029

EXHIBIT SIXTEEN

This is Exhibit Sixteen (16), as referred to in the attached COMPLAINT FOR COPYRIGHT INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES AND UNFAIR COMPETITION.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Ⓒ Form VA**
For a Work of the Visual Arts
U N I T E D  S T A T E S

**VA 1–311–546**

EFFECTIVE DATE OF REGISTRATION

9    06    05
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**1**

Title of This Work ▼
THE CHELTENHAM

NATURE OF THIS WORK ▼ See Instructions
RESIDENTIAL
ARCHITECTURAL DESIGN

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NOTE**
Under the law the "author" of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

NAME OF AUTHOR ▼
**a** PINNACLE DESIGN & CONSULTING, INC

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in   USA

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes" see detailed instructions.

Nature of Authorship  Check appropriate box(es)  **See Instructions**
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☒ Architectural work

Name of Author ▼
**b**

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship  Check appropriate box(es)  **See Instructions**
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
2000
This information must be given in all cases.
Year

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month 10    Day 15    Year 2000    USA
Nation

---

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
PINNACLE DESIGN & CONSULTING, INC
4086 CHAIN BRIDGE RD, SUITE 200
FAIRFAX VA 22030

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2  give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
SEP 0 6 2005
ONE DEPOSIT RECEIVED
SEP 0 6 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page  See detailed instructions  Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _____    **FORM VA**

CHECKED BY

☐ CORRESPONDENCE
     Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼        Year of Registration ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

NA

b Material Added to This Work  Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

NA

**6**
a
See instructions
before completing
this space
b

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account.

Name ▼                                           Account Number ▼

**7**
a

---

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

MARK S LEAHY
PINNACLE DESIGN & CONSULTING, INC
4085 CHAIN BRIDGE RD, SUITE 200
FAIRFAX  VA  22030

Area code and daytime telephone number  (703) 218-3400          Fax number  (703) 218-3407

Email  MARKLEAHY@ pdc-home com

**b**

---

**CERTIFICATION\*** I the undersigned, hereby certify that I am the

check only one ▶ ☐ author
                 ☐ other copyright claimant
                 ☐ owner of exclusive right(s)
                 ☑ authorized agent of  Pinnacle Design & Consulting Inc
                 _____
                 Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

MARK  S  LEAHY                                                Date  8/20/05

Handwritten signature (X) ▼

X _____

---

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
PINNACLE DESIGN & CONSULTING, INC

Number/Street/Apt ▼
4085 CHAIN BRIDGE RD, SUITE 200

City/State/ZIP ▼
FAIRFAX  VA  22030

**9**

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1  Application form
2  Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3  Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

Fees are subject to
change, For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

---

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2 500

Rev August 2003—30 000  Web Rev June 2002  ⊕ Printed on recycled paper                                U.S. Government Printing Office  2003-496-605/60 029

EXHIBIT SEVENTEEN

This is Exhibit Seventeen (17), as referred to in the attached COMPLAINT FOR COPYRIGHT

INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES

AND UNFAIR COMPETITION.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-311-548**

EFFECTIVE DATE OF REGISTRATION

9    06    05
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

THE JEFFERSON

**NATURE OF THIS WORK ▼ See Instructions**

RESIDENTIAL ARCHITECTURAL DESIGN

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

## 2

**NAME OF AUTHOR ▼**

a  PINNACLE DESIGN & CONSULTING, INC

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ____
Domiciled in  U.S.A.

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☑ Architectural work

**Name of Author ▼**

b

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ____
Domiciled in ____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☑ Architectural work

## 3

a **Year in Which Creation of This Work Was Completed**  This information must be given in all cases.
2002  Year

b **Date and Nation of First Publication of This Particular Work** Complete this information ONLY if this work has been published.
Month 6  Day 13  Year 2002
U S A   Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

PINNACLE DESIGN & CONSULTING, INC
4085 CHAIN BRIDGE RD, SUITE 200
FAIRFAX VA 22030

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
SEP 0 6 2005
ONE DEPOSIT RECEIVED
SEP 0 6 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

*DO NOT WRITE HERE OFFICE USE ONLY*

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

**DO NOT WRITE HERE**
Page 1 of ___ pages

| EXAMINED BY _(signature)_ | FORM VA |
| CHECKED BY | |

| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  **5**
☐ Yes  ☐ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is  Yes  give  Previous Registration Number ▼        Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation  **6**
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

NA

b Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed  ▼    **b**

NA

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.  **7**
Name ▼                          Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼    **b**
MARK S LEAHY
PINNACLE DESIGN & CONSULTING, INC
4085 CHAIN BRIDGE RD , SUITE 200
FAIRFAX VA 22030
Area code and daytime telephone number  (703) 218-3400        Fax number  (703) 218-3407
Email MARKLEAHY@pdc-home com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the  **8**
check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive rights
☑ authorized agent of  Pinnacle Design & Consulting, Inc
Name of author or other copyright claimant, or owner of exclusive rights ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
MARK S LEAHY                                        Date 8/30/05
Handwritten signature (X) ▼
X _(signature)_

**9**
Certificate will be mailed in window envelope to this address
Name ▼
PINNACLE DESIGN & CONSULTING, INC
Number/Street/Apt ▼
4085 CHAIN BRIDGE RD , SUITE 200
City/State/ZIP ▼
FAIRFAX VA 22030

YOU MUST:
Complete all necessary spaces
Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington, D C  20559-6000

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  August 2003—30 000   Web Rev  June 2002   ⊕ Printed on recycled paper                  U S Government Printing Office 2003-496-605/80 029