<u>EXHIBIT EIGHTEEN</u>


This is Exhibit Eighteen (18), as referred to in the attached COMPLAINT FOR COPYRIGHT

INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES

AND UNFAIR COMPETITION.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-311-549**

EFFECTIVE DATE OF REGISTRATION

9    OCt    O5
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**
Title of This Work ▼

MERION & ST ANDREWS

NATURE OF THIS WORK ▼ See Instructions
RESIDENTIAL
ARCHITECTURAL DESIGN

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial or collection give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**a** NAME OF AUTHOR ▼
PINNACLE DESIGN & CONSULTING, INC

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
{ Domiciled in   USA

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☑ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
{ Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☑ Architectural work

**3**
**a** Year in Which Creation of This Work Was Completed
2001
This information must be given Year in all cases

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month 3   Day 8   Year 2002
U.S.A   Nation

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
PINNACLE DESIGN & CONSULTING, INC
4085 CHAIN BRIDGE RD, SUITE 200
FAIRFAX VA 22030

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
SEP 06 2005
ONE DEPOSIT RECEIVED
SEP 06 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

*(DO NOT WRITE HERE OFFICE USE ONLY)*

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY _URB_ | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>   Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is  Yes   why is another registration being sought? (Check appropriate box )  ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes   give  Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

a  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

NA

b  Material Added to This Work  Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

NA

**6**

a   See instructions<br>before completing<br>this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼                                    Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

MARK S. LEAHY
PINNACLE DESIGN & CONSULTING, INC
4085 CHAIN BRIDGE RD , SUITE 200
FAIRFAX  VA  22030

Area code and daytime telephone number   (703) 218-3400          Fax number   (703) 218-3407

Email  MARKLEAHY@ pdc - home  com

b

**CERTIFICATION\*** I the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive rights
☒ authorized agent of  _Pinnacle Design & Consulting, Inc_
   Name of author or other copyright claimant, or owner of exclusive rights(s) ▲
}

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

MARK  S  LEAHY                                        Date  8/31/05

Handwritten signature (X) ▼

X _[signature]_

| Certificate will be mailed in window envelope to this address | Name ▼<br>PINNACLE DESIGN & CONSULTING , INC<br>Number/Street/Apt ▼<br>4085 CHAIN BRIDGE RD , SUITE 200<br>City/State/ZIP ▼<br>FAIRFAX  VA  22030 |
|---|---|

**9**

YOU MUST<br>Complete all necessary spaces<br>Sign your application in space 8

SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE<br>1 Application form<br>2. Nonrefundable filing fee in check or money order payable to Register of Copyrights<br>3. Deposit material

MAIL TO<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue  S E<br>Washington, D C  20559-6000

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  August 2003—30 000   Web Rev  June 2002   ⊕ Printed on recycled paper                                    U S Government Printing Office  2003-496-605/60 029

<u>EXHIBIT NINETEEN</u>

This is Exhibit Nineteen (19), as referred to in the attached COMPLAINT FOR COPYRIGHT INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES AND UNFAIR COMPETITION.



# KENT COUNTY, DELAWARE

### 555 Bay Road, Dover, Delaware 19901-3615
### (302) 744-2300 -- FAX (302) 736-2279

## *"Serving Kent County With Pride"*

## PROPERTY INFORMATION
Planning and Building Permits Information

| | | | |
|---|---|---|---|
| **Reference #** | 101312000 | DC DUCK CREEK HUNDRED | **Card # 1 of 1** |
| **Location ID** | 73755 | **Map Number** 1-17-01905-05-2100-00001 | |
| **Tax ID** | 80582 | **Deed BVP** D-609-0339 | |
| **Parcel ID** | 72823 | **Property Code** P - PROPERTY | |

**Current Owner**
DAVIDSON, JAMES
404 KATES WAY
SMYRNA DE 19977

**Additional Owner**

**Property Location**
404 KATES WAY
SMYRNA , DE 19977

**Zoning** NA

DAVIDSON, KRISTIN L.

**Acres** .07

**Sub-Division** WEST SHORE - PHASE II

| Sales History | | Assessment | | Liv.Sq.Ft | 1,692.0000 |
|---|---|---|---|---|---|
| **Date** | **Price** | | | **Total Rooms** | 6 |
| 4/06/04 | 160,593 | **Land** | 11,800 | **Bedrooms** | 3 |
| 0/00/00 | 0 | **Buildings** | 62,800 | **Full Bath** | 2 |
| | | **Total** | 74,600 | **Half Bath** | 1 |
| | **2005** | **Tax Value** | 44,800 | | |

| | | | | | |
|---|---|---|---|---|---|
| **Tax Balance** | .00 | Last Billing Detail | History | | |
| **Sewer Balance** | .00 | **Sewer Account #** | - 00 | | |
| **Neighborhood #** | 00102 | **Coordinates** | | 0444472 E 0470544 N | |
| **Land Use** | NO DATA | **Lot Dimensions** | | 25.11 192.98 | |
| **Living Units** | 000 | **School District** | 14 | SMYRNA | |
| **Class** | RESIDEN | **Fire District** | 44 | CITIZENS HOSE (SMYRNA) | |
| **Appraised By** | BA14 | **Sewer District** | | | |
| **Topography** | LEVEL | **Ambulance District** | 64 | SMYRNA AMBULANCE | |
| **Street or Road** | PAVED | **Trash District** | | | |
| **Fronting** | RESIDEN | **Light District** | | | |
| **Improvement** | IMPROVED | **Tax Ditches** | NONE | | |

http://400.co.kent.de.us/cgi-bin/web001cl?MAPPIN=1-17-01905-05-2100-00001    11/1/2005

## Property Description
WEST SHORE SUBD.,
PHASE II, LOT #21
404 KATES WAY

| | | | | |
|---|---|---|---|---|
| **Year Built** | 2003 | **Type** | SINGLE | **Energy Adj.** NO DATA |
| **Style** | 2 STORY | **Fire Places** | | **Design** CONTEMP |

| | Type | Percentage | Type | Percentage |
|---|---|---|---|---|
| **Ext. Walls** | STUCCO | 100 | NO DATA | 0 |
| **Roof Cover** | NO DATA | 0 | NO DATA | 0 |
| **Floor Cover** | NO DATA | 0 | NO DATA | 0 |
| **Heat/Cool** | WRMCOOL | 100 | NO DATA | 0 |
| **Plaster Int.** | | 0 | | |
| **Foundation** | NO DATA | | | |
| **Sub-floor** | NO DATA | | | |

| | Type | Sq.Feet | Wall | Floor |
|---|---|---|---|---|
| **Basement** | NO DATA | 0 | NO DATA | NO DATA |
| **Garage 1** | A/1S | 0 | STUCCO | CONCRET |
| **Garage 2** | NO DATA | 0 | NO DATA | NO DATA |
| **Bas Gar** | NO DATA | NO DATA | NO DATA | NO DATA |
| **Porch 1** | NO DATA | 44 | NO DATA | OPENSLB |
| **Porch 2** | NO DATA | 0 | NO DATA | NO DATA |

**Mobile Home Information**

**History**

      **Outbuildings**

**Dimensions**    0 X 0

**Skirting Type**    NO DATA

**Skirting Lin Ft**  0

**Tip Out Sq Ft**   0

**Serial Number**

**Manufacturer**

**Model**

**Color**

| Type/Dimn | Description | Type/Dimn | Description |
|---|---|---|---|
| | | | |

EXHIBIT TWENTY


This is Exhibit Twenty (20), as referred to in the attached COMPLAINT FOR COPYRIGHT

INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES

AND UNFAIR COMPETITION

DELTA ACQUISITIONS & DEVELOPMENT LLC



- → ABOUT US
- ↑ AREA OF INFLUENCE
- → OUR PHILOSOPHY
- → TENANCY PLACEMENT
- ↑ PHOTO GALLERIES
- → CONTACT US

# GALLERY

## Browse Galleries:

**CURRENT DEVELOPMENTS**

- EAST THIRD RESIDENCES
- SEABROOK VILLAGE
- McKEE ROAD

**PREVIOUS PROJECTS**



NEW CONSTRUCTION





COMMERCIAL MANAGEMENT & LISTINGS



RESIDENTIAL LISTINGS

## SEABROOK VILLAGE

This photo is a drawing of the outside of the **Chris** or the **Isabella**

**We will be building in Kent County, DE. This is a proposed plan that is awaiting approval.**

DELTA ACQUISITIONS & DEVELOPMENT LLC



The Christopher
Exterior



La Isabella
Exterior

EXHIBIT TWENTY-ONE


This is Exhibit Twenty-One (21), as referred to in the attached COMPLAINT FOR

COPYRIGHT INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE

PRACTICES AND UNFAIR COMPETITION

DELTA ACQUISITIONS & DEVELOPMENT LLC



La Isabella I
1st and 2nd Floor Plans

**These designs were created in-house, and are currently marketing for construction in Delaware.**

DELTA ACQUISITIONS & DEVELOPMENT LLC



La Isabella II
(with Master Bedroom on First Floor)
Floor Plans

11/4/2005

DELTA ACQUISITIONS & DEVELOPMENT LLC



La Isabella I
1st and 2nd Floor Plans

http://www.deltaad.com/seabrook.html



DELTA ACQUISITIONS & DEVELOPMENT LLC





The Christopher
Floor Plans

© **DELTA ACQUISITIONS & DEVELOPMENT LLC 2004**

Delta Acquisitions & Development, LLC
404 Kates Way,
Smyrna, Delaware
Telephone: (302) 659-3980
Fax: (302) 659-5499

11/4/2005

http://www.deltaad.com/seabrook.html