EXHIBIT TWENTY-TWO

This is Exhibit Twenty-Two (22), as referred to in the attached COMPLAINT FOR COPYRIGHT INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES AND UNFAIR COMPETITION



## EXHIBIT TWENTY-THREE

This is Exhibit Twenty-Three (23), as referred to in the attached COMPLAINT FOR COPYRIGHT INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES AND UNFAIR COMPETITION



# The Adora

- This Delta colonial room, two-story [t...]
- two and one half b[...]
- master suite featur[...]
- and separate show[...]

- First Floor
- Second Floor

VIEW

THE ADORA

EXHIBIT TWENTY-FOUR

This is Exhibit Twenty-Four (24), as referred to in the attached COMPLAINT FOR COPYRIGHT INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES AND UNFAIR COMPETITION



EXHIBIT TWENTY-FIVE

This is Exhibit Twenty-Five (25), as referred to in the attached COMPLAINT FOR COPYRIGHT INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES AND UNFAIR COMPETITION

