EXHIBIT TWENTY-SIX

This is Exhibit Twenty-Six (26), as referred to in the attached COMPLAINT FOR COPYRIGHT INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES AND UNFAIR COMPETITION



## EXHIBIT TWENTY-SEVEN

This is Exhibit Twenty-Seven (27), as referred to in the attached COMPLAINT FOR COPYRIGHT INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES AND UNFAIR COMPETITION

G:\127\Litigation\Anderson Homes\Draft Complaint-11-2-05.doc



EXHIBIT TWENTY-EIGHT

This is Exhibit Twenty-Eight (28), as referred to in the attached COMPLAINT FOR COPYRIGHT INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES AND UNFAIR COMPETITION



EXHIBIT TWENTY-NINE

This is Exhibit Twenty-Nine (29), as referred to in the attached COMPLAINT FOR COPYRIGHT INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES AND UNFAIR COMPETITION

## MODEL HOMES> The GRACE

**First Floor**



FIRST FLOOR PLAN

**Main View**

