EXHIBIT THIRTY

This is Exhibit Thirty (30), as referred to in the attached COMPLAINT FOR COPYRIGHT INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES AND UNFAIR COMPETITION



EXHIBIT THIRTY-ONE

This is Exhibit Thirty-One (31), as referred to in the attached COMPLAINT FOR COPYRIGHT INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES AND UNFAIR COMPETITION



EXHIBIT THIRTY-TWO

This is Exhibit Thirty-Two (32), as referred to in the attached COMPLAINT FOR COPYRIGHT INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES AND UNFAIR COMPETITION



# Seabrook Village



# THE CHRISTOPHER



# THE ISABELLA I



# THE ISABELLA II



# EXHIBIT THIRTY-THREE

This is Exhibit Thirty-Three (33), as referred to in the attached COMPLAINT FOR COPYRIGHT INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES AND UNFAIR COMPETITION

# The Jefferson— First Floor

Ground Floor | First Floor



First Floor Options
Bay Window
Living Room
Reset

info@ahdelaware.com 

EXHIBIT THIRTY-FOUR

This is Exhibit Thirty-Four (34), as referred to in the attached COMPLAINT FOR COPYRIGHT INFRINGEMENT, FALSE DESIGNATION, STATE DECEPTIVE TRADE PRACTICES AND UNFAIR COMPETITION

