AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 05-864

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ____7____ COPIES OF AO FORM 85.

____12/13/05____  ____Joseph J. Saienni III____
(Date forms issued)  (Signature of Party or their Representative)

____Joseph J. Saienni III____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action