IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ANDERSON HOMES, L.L.C., et al.
        Plaintiffs,

v.

DELTA ACQUISITIONS
AND DEVELOPMENT, L.L.C., et al.

        Defendants.

Civil Action No. 05-864 SLR

## PRAECIPE

TO:    Clerk of the Court
        U.S. District Court for the District of Delaware
        844 N. King Street
        Wilmington, DE 19801

PLEASE issue an Alias Summons for service upon Defendant REVOLUTION 180, INC., a Maryland corporation, to be served through the Secretary of State, John G. Townsend Buliding, 401 Federal Street, Dover, DE. 19901.

KLETT ROONEY LIEBER & SCHORLING

By: _____
    Richard A. Forsten, Esquire (#2543)
    James D. Taylor, Jr., Esquire (#4009)
    Jennifer M. Becnel-Guzzo (#4492)
    1000 West Street, Suite 1410
    Wilmington, DE 19801
    302-552-4200
    *Attorneys for Plaintiffs*

January ___, 2006