

January 15th, 2006

United States District Court
District of Delaware
844 North King Street
Lockbox 18
Wilmington DE 19801

Attn: Clerk Peter T. Dalleo
Tel: 302-573-6170

Re:   CASE NUMBER 05 864
      ANDERSON HOMES LLC et al v. DELTA ACQUISITIONS et al

Please be advised that the Defendants have met with the Plaintiffs and are pursuing a settlement of this matter out of court. To this end, the parties are stipulating their agreement to extend by an additional thirty days the time period for the Defendants to serve on Plaintiff's Attorney an Answer to the Complaint.

Sincerely yours,

Osita Iroku, representing
All Defendants

