AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

| | |
|---|---|
| ANDERSON HOMES, L.L.C., et al. | **SUMMONS IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | CASE NUMBER:  0 5   8 6 4 |
| DELTA ACQUISITIONS AND DEVELOPMENT, L.L.C., et al. | |
| Defendants. | |

TO:   (Name and address of Defendant)

    DELTA ACQUISITIONS ON LOCHMEATH WAY, L.L.C.
    404 Kates Way
    Smyrna, Delaware 19977

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Richard A. Forsten, Esquire (#2543)
    James D. Taylor, Jr., Esquire (#4009)
    Jennifer Becnel-Guzzo, Esquire (#4492)
    Klett Rooney Lieber & Schorling
    1000 West Street, Suite 1410
    Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within thirty (30) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              DEC 1 3 2005
CLERK                                        DATE

(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me(1) || DATE<br>12/18/05 |
| NAME OF SERVER (PPJNT)<br>GRANVILLE MORRIS || TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED: DELTA ACQUISITIONS ON LOCHMEATH WAY, LLC AT 404 KATES WAY, SMRYNA, DE COPIES THEREOF WERE ACCEPTED BY OSITA N. IROKU

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/18/05
　　　　　　　　Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.