AO 440 (Del Rev. 10/01) Summons in a Civil Action

=

# UNITED STATES DISTRICT COURT

_____ District of _____ DELAWARE _____

| | |
|---|---|
| ANDERSON HOMES, L.L.C., et al.<br><br>Plaintiffs,<br><br>v.<br><br>DELTA ACQUISITIONS AND<br>DEVELOPMENT, L.L.C., et al.<br><br>Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:   ᴏ ꜰ   8 6 4 |

TO:    (Name and address of Defendant)

> DELTA ACQUISITIONS AT NEW HAVEN ESTATES, L.L.C.
> 404 Kates Way
> Smyrna, Delaware 19977

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Richard A. Forsten, Esquire (#2543)
> James D. Taylor, Jr., Esquire (#4009)
> Jennifer Becnel-Guzzo, Esquire (#4492)
> Klett Rooney Lieber & Schorling
> 1000 West Street, Suite 1410
> Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within thirty (30) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              DEC 1 3 2005
_____    _____
CLERK                                                          DATE

_____
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 12/18/05 |

| NAME OF SERVER (PPJNT) | TITLE | |
|---|---|---|
| GRANVILLE MORRIS | | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED: DELTA ACQUISITIONS AT NEW HAVEN ESTATES, LLC AT 404 KATES WAY, SMRYNA, DE COPIES THEREOF WERE ACCEPTED BY OSITA N. IROKU

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/18/05
_____        _____
        Date                                    *Signature of Server*

BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.