IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ANDERSON HOMES, L.L.C., et al.
   Plaintiffs,
v.             Civil Action No. 05-864 SLR

DELTA ACQUISITIONS
AND DEVELOPMENT, L.L.C., et al.

   Defendants.

## STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO THE PLAINTIFFS' COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by the Plaintiffs in this action, by and through their undersigned counsel, that Defendants Delta Acquisitions and Development, LLC; Delta Acquisitions on Lochmeath Way, LLC; and Delta Acquisitions at New Haven Estates LLC are granted a thirty (30) day extension of time through and including February 16, 2006, in which to answer or otherwise plead to the Plaintiffs' Complaint.

KLETT ROONEY LIEBER & SCHORLING

By: _____
Richard A. Forsten, Esquire (#2543)
James D. Taylor, Jr., Esquire (#4009)
Jennifer M. Becnel-Guzzo (#4492)
1000 West Street, Suite 1410
Wilmington, DE 19801
302-552-4200
*Attorneys for Plaintiffs*

January 25, 2006

IT IS SO ORDERED this ___ day of January, 2006

_____
Judge Sue L. Robinson