IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDERSON HOMES LLC, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 05-864-SLR |
| | ) |
| DELTA ACQUISITIONS AND DEVELOPMENT LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## O R D E R

At Wilmington this 7th day of March 2008, the parties having notified the court that the above captioned case would be dismissed; and there being no activity in this case since January 2006;

IT IS ORDERED that the case is dismissed without prejudice for failure to prosecute, pursuant to D. Del. LR 41.1.

_____
United States District Judge